# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162379

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JESSICA PAGE WEBER, CRP,
      Plaintiff-Appellant,

v

           SC: 162379
           COA: 352733
COMMON GROUND,      Oakland CC: 2019-178429-CZ
      Defendant-Appellee,

and

STAR EMS,
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



Clerk

a0322